JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RODRIGUEZ AND GRACIELA RODRIGUEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>QUALITY LOAN SERVICE CORP.; U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR AURORA LOAN SERVICES FFMLT 2005-FFH2, SAXON MORTGAGE SERVICES, INC.; AND DOES 1-50, INCLUSIVE,<br><br>            Defendants. | Case No. EDCV 09-0051-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint against U.S. BANK NATIONAL ASSOCIATION and against SAXON MORTGAGE SERVICES,

1  INC. is DISMISSED WITHOUT PREJUDICE.  The Court orders
2  that such judgment be entered.
3
4
5  Dated: February 10, 2009           /s/ Virginia A. Phillips
                                          VIRGINIA A. PHILLIPS
6                                     United States District Judge

2